**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 9 2011

MATTHEW J. DYKMAN
CLERK

Name: David J Lopez
Address: P.O. Box 1059
Santa Fe N.M. 87504

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

David J Lopez, Plaintiff (Full Name)

v.

Warden Anthony Romero.
c/o James Chavez., Defendant(s)
c/o Anthony Rosales.

CASE NO. 11-998 JB/RHS
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

Jury Trial demanded.

## A. JURISDICTION

1) David J Lopez (Plaintiff), is a citizen of New Mexico (State) who presently resides at P.O. Box 1059, Santa Fe, N.M. 87504. (Mailing address or place of confinement)

2) Defendant Warden Anthony Romero (Name of first defendant) is a citizen of Los Lunas New Mexico (City, State), and is employed as Warden of CNMCF. Main (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☒ No ☐ If your answer is "Yes", briefly explain:

Warden Anthony Romero Presided over misconduct Reports, and is Responsible for actions of his c/os.

XE-2   2/78        CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant **C/O James Chavez** (Name of second defendant) is a citizen of **Los Lunas, New Mexico** (City, State), and is employed as **C/O CNMCF** (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state.

Yes ☒   No ☐   If your answer is "Yes", briefly explain:

C/O James Chavez falsified misconduct Report. and also Assaulted said Plaintiff.

(Use the back of this page to furnish the above information for additional defendants.) See back for additional.

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.) 4th and 14th Ammendment of the constitution. Cruel and Unusual punishment.

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

on 5/4/11, C/O James Chaves Assaulted Plaintiff, David J Lopez and falsified misconduct Report. Warden Anthony Romero Placed Plaintiff on disciplinary detention Level VI. C/O Anthony Rosales charged Plaintiff on two different occasions 5/11/11, and 7/12/11. took money from account without Plaintiffs Consent.

④ Warden Anthony Romero is Responsable for actions of c/o James chaves and c/o Anthony Rosales. and also Placed Plaintiff in Level VI disciplinary, and also charged Plaintiff 50.⁰⁰ for Repairs.

⑤ c/o Anthony Rosales stole from Plaintiffs account on two differnt occasions 5/11/11 and 7/12/11.

A-2 COUNT #1

(2) this was not the first time c/o James Chaves and the plaintiff had verbal confrontations. Disrespectful coments were becoming the Norm. Every time the plaintiff went to get medication. (3) On the day of said incident c/o chaves met the plaintiff with disrespectful Remarks. the plaintiff then also made remarks to c/o chaves who then visibly got extremly upset. the plaintiff and Isaac Alvarez #50565 went inside to the infermary waiting room and Imediatly about one (4) minute after c/o chaves entered the waiting room and told the plaintiff to get against the wall That is when c/o chavez produced a

a piece of steel and told the Plaintiff Now you really messed up (5) the Plaintiff and Mr Alvarez were then ordered to go to the security office were Lt Arnold Aragon spoke to C/o Chaves. then the Plaintiff was taken back to the infirmary were I was placed in a room by myself. (6) A few minuts Later C/o Chaves came back and ordered the Plaintiff to submit to a Urine Sample which he claimed to be possitive for T.H.C. (7) I told C/o chaves that the the test was faulty and that I wanted a conformation. C/o Chaves and another C/o who I don't Know produced a Paper for a conformation. (8) I was told by C/o Chaves that I better stop messing around

and to JUST sign the paper. So
● the Plaintiff then signed the box stating that I wanted a conformation. ⑨ It was at that moment that c/o chaves grabed the Plaintiff and slamed him to the ground and pulled his arm almost breaking it. c/o chaves then ordered Plaintiff to Mark
● the space Indicating that Inmate did NOT Want conformation, ⑩ Plaintiff was then placed in disiplinary level VI and charged with A18, A20, B26, B29, I tried to prove my innocence by appealing the charges to Warden Anthony Romero but Plaintiff was found guilty ⑪
● Plaintiff was then given 90 days in diciplinary, also denyed good

Time. Was also denied my one hour Recriation time on Numerous instances. Was also charged 5000 dollars for damadges to who knows what. ⑫ the Plaintiff David J Lopez Points also were raised because of incident and was sent to a higher Security Prison, because of the Maliciouse acts of c/o James Chaves and also good Time was Not given to Plaintiff. Plaintiff was denied Medical attention, and the plaintiff wasnt allowed to prove that there Never was a test given apon arrival to R.D.C. on 4/13/11 ⑬ that in itself Could prove c/o Chaves falsified said Report and Lied Just to Punish the Plaintiff Log # 11-05-194.

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: On 5/4/11, the Plaintiff David Lopez went to get dayly medication. on my way to Med Line c/o James chaves verbaly disrespected said Plaintiff. See additional page A-2.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Upon my entrance to R.D.C., the Plaintiff David Lopez was Never given a Urinalysis as described in Report c/o James chaves falsified the Report. Warden Anthony Romero failed to address said facts that Plaintiff arose. Were is said Urinalysis apon Arrival TO R.D.C.

B)(1) Count II: Before going to Lockup for said offence in count one, the Plaintiff David J Lopez had ordered a Radio thrue R.D.C. Electronics. See additional page B-2.

(2) Supporting Facts: Plaintiff did infact submit a grievance but Never got answer. Shop Account 8656. Transfer batch # 180011. Voucher I.D. # 5061979. 5/11/11. Amount 19.00. Anthony Rosales, Rec. direc

XE-2 2/78                    -3-

COUNT 2

(2) the Plaintiff David J Lopez was charged 19.00 Receipt #1585583. Money was taken from plaintiffs account on 5/11/11.
(3) Plaintiff wrote numerous Requests, then even submitted a greivance. Date received by greivance officer: 6/13/11.
(4) greivance was returned to plaintiff stating was Resolved through Informal Complaint
(5) After checking Receipts plaintiff Noticed Money was never Returned. Again the plaintiff wrote to C/O ROSALES and to the Warden Anthony Romero but never got a answer or Money back for Radio.

C)(1) Count III: Again Plaintiff David J Lopez ordered Canteen on 7/12/11. the Next day Plaintiff was transfered to P.N.M. Santa fe. Money was again taken from account and Never Returned. See additional page C-2

(2) Supporting Facts:
Inmate Trust Account on 7/12/11 commissary purchase invoice 2 $16.00. #161726O.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number:

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    d) Issues raised: _____

C-2 Count 3

② c/o Anthony Rosales did infact steal money from plaintiff David J Lopez said account. Not once but twice. as also discribed in count two. ③ c/o Anthony Rosales had to infact signe to get money from plaintiffs account wich constitutes forgery. ④ c/o Anthony Rosales Maliciously stole from David Lopez account and when plaintiff appealed to Warden Anthony Romero plaintiff was met with a deaf ear. ⑤ Becouse of the actions of Warden Anthony Romero and c/o Anthony Rosales the plaintiff has now had to double his syck medication.

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☒  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

On count 1-2-3, the Plaintiff appealed to Warden Anthony Romero. On count 2-3 the Plaintiff informed c/o Anthony Rosales numerous times, also thrue grievance

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

To demote Warden Anthony Romero To fire and prosecute Anthony Rosales To sue for 5,00,000, for punitive damadges 5,00,000.

_____     _____
Signature of Attorney (if any)                Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                                          - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at P.N.M. Santa Fe, NM on 10/20 20 11
               (Location)             (Date)

(Signature)

XE-2 2/78          - 6 -

David Hodges #89950
P.O. Box 1059
Santa Fe, N.M.
87504-1059

RECEIVED
At Albuquerque NM
NOV 09 2011
MATTHEW J. DYKMAN
CLERK

U.S. District Court
Office of the Clerk
Suit 270
333 Lomas Blvd. N.M.
Albuquerque, N.M.
87102

"Legal Mail"