SF-1915 Leave to Proceed

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 9 2011
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

David J. Popeleg
_____
Plaintiff(s)/Petitioner(s),

v.

Warden Anthony Romero,
c/o Anthony Rosales.
_____
Defendant(s)/Respondent(s).

No. CIV 11-998 JOB/RHS

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: 42 U.S.C., Cruel and unusual punishment 4th & 14th Amendment of the Const.

(3) I am entitled to redress.

(4) I authorize the institution in which I am or have been incarcerated, to release any information concerning my inmate account(s) or other information concerning my financial affairs. I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of this Court payments in accordance with 28 U.S.C. § 1915(b)(2).

(5) I acknowledge and consent that a portion of any recovery, as directed by the Court, shall be paid to the Clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed in forma pauperis.

6) My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

Only money sent from family.

REQUIRED CERTIFICATION: you must attach to this motion and affidavit acertified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certifiedcopy of your trust fund account statement (or insutional equivalent) from the appropriate official or each penal institution at which you are or were confined during the six-month period."

I declare under penalty of perjury that the foregoing is true and correct.

Executed at P.N.M. Dona Ana, 10/20/11
            (location)                    (date)



Prisoner's Original Signature

2

| Date 10/25/2011 | | New Mexico Corrections Department<br>Inmate Trust Accounting<br>**Account Transaction History**<br>From 04/01/2011 To 10/25/2011 | | Page 1 of 2<br>abete783 |
|---|---|---|---|---|

| Offender Name | | NMCD # Account Description | | Account Number |
|---|---|---|---|---|
| LOPEZ, DAVID JOSEPH | | 48580 INMATE REGULAR SPENDING | | 2140 |
| **Transaction ID** | **Date** | **Description** | **Amount** | **Balance** |
| | 04/01/2011 | Beginning Balance | | .00 |
| 1574720 | 04/14/2011 | Cash Receipt - BERNALILLO COUNTY | .16 | .16 |
| 1580893 | 04/28/2011 | Cash Receipt - ARMENTA, GLORIA | 70.00 | 70.16 |
| 1585583 | 05/11/2011 | CNMCF-11-650     RDC - ELECTRONICS | -19.00 | 51.16 |
| 1593556 | 05/17/2011 | Commissary Purchase; Invoice 2 | -17.15 | 34.01 |
| 1594625 | 05/24/2011 | Commissary Purchase; Invoice 2 | .00 | 34.01 |
| 1595783 | 06/02/2011 | Commissary Purchase; Invoice 2 | -9.95 | 24.06 |
| 1596967 | 06/07/2011 | Cash Receipt - ARMENTA, GLORIA | 35.00 | 59.06 |
| 1598112 | 06/08/2011 | CNMCF/ PAYMENT FOR A BROKEN VENT PLUS TIME AND LABOR., | -50.00 | 9.06 |
| 1604753 | 06/14/2011 | Commissary Purchase; Invoice 2 | -8.95 | .11 |
| 1607669 | 06/16/2011 | Cash Receipt - ARMENTA, GLORIA | 30.00 | 30.11 |
| 1608467 | 06/21/2011 | Commissary Purchase; Invoice 2 | .00 | 30.11 |
| 1610293 | 07/05/2011 | Commissary Purchase; Invoice 2 | -12.00 | 18.11 |
| 1612559 | 07/08/2011 | Cash Receipt - ARMENTA, GLORIA | 25.00 | 43.11 |
| 1617260 | 07/12/2011 | Commissary Purchase; Invoice 2 | -16.00 | 27.11 |
| 1621827 | 07/19/2011 | Cash Receipt - ARMENTA, GLORIA | 20.00 | 47.11 |
| 1622121 | 07/20/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1623325 | 07/27/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1624496 | 08/03/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1628645 | 08/11/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1635197 | 08/17/2011 | Cash Receipt - ARMENTA, GLORIA | 30.00 | 77.11 |
| 1636081 | 08/17/2011 | Commissary Purchase; Invoice 3 | -32.88 | 44.23 |
| 1637670 | 08/26/2011 | Commissary Purchase; Invoice 3 | .00 | 44.23 |
| 1638131 | 08/31/2011 | Cash Receipt - ARMENTA, GLORIA | 20.00 | 64.23 |
| 1638284 | 08/31/2011 | Commissary Purchase; Invoice 3 | .00 | 64.23 |
| 1639064 | 09/07/2011 | Commissary Purchase; Invoice 3 | -28.91 | 35.32 |
| 1640914 | 09/08/2011 | PNM L5 STORE SALE | -8.15 | 27.17 |
| 1646727 | 09/14/2011 | Commissary Purchase; Invoice 3 | -13.04 | 14.13 |
| 1647904 | 09/15/2011 | Cash Receipt - ARMENTA, GLORIA | 40.00 | 54.13 |
| 1651655 | 09/21/2011 | Commissary Purchase; Invoice 3 | -20.34 | 33.79 |
| 1652298 | 09/27/2011 | Commissary Purchase; Invoice 3 | -29.01 | 4.78 |
| 1653166 | 10/04/2011 | Cash Receipt - ARMENTA, GLORIA | 20.00 | 24.78 |
| 1653452 | 10/05/2011 | Commissary Purchase; Invoice 3 | -4.17 | 20.61 |

Date 10/25/2011

New Mexico Corrections Department
Inmate Trust Accounting

**Account Transaction History**

From 04/01/2011 To 10/25/2011

Page 2 of 2
abete783

| Offender Name | | NMCD # Account Description | | Account Number |
|---|---|---|---|---|
| LOPEZ, DAVID JOSEPH | | 48580  INMATE REGULAR SPENDING | | 2140 |
| **Transaction ID** | **Date** | **Description** | **Amount** | **Balance** |
| 1664628 | 10/20/2011 | Commissary Purchase; Invoice 3 | -19.33 | 1.28 |
| | 10/25/2011 | Ending Balance | | 1.28 |