In the U.S. District Court for the District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 21 2011
MATTHEW J. DYKMAN
CLERK

David J. Lopez
v
Anthony Romero et al.

CV11-998 JB/RHS.
motion to proceed pursuant to 28 U.S.C. 1915(b).

(1) The Plaintiff David J. Lopez asks the honorable Judge Robert Hays Scott, to excuse said payment. Pursuant to 1915(b)(1). Plaintiff has no more money and doesnt know when he will get more.

Gracias
David J. Lopez 11/16/11

account History enclosed

Case: 1:11-cv-00998-JB-RHS Document: 2 Filed: 11/09/2011 Page 4 of 4

Date 10/25/2011

New Mexico Corrections Department
Inmate Trust Accounting

**Account Transaction History**

From 04/01/2011 To 10/25/2011

abete783

| Offender Name | NMCD # Account Description | Account Number |
|---|---|---|
| LOPEZ, DAVID JOSEPH | 48580 INMATE REGULAR SPENDING | 2140 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| 1664628 | 10/20/2011 | Commissary Purchase; Invoice 3 | -19.33 | 1.28 |
| | 10/25/2011 | Ending Balance | | 1.28 |



Legal Mail.

**Penitentiary of New Mexico**
P.O. Box 1059
Santa Fe, New Mexico 87504-1059
**Name** David Lopez **No.** 48580 **Unit**

RECEIVED
At Albuquerque NM
NOV 21 2011
MATTHEW J. DYKMAN
CLERK

U.S. District Court
office of the Clerk
Suit 270.
333 Lomas Blvd. N.W.
Albuquerque, N.M. 87102.