**UNITED STATES DISTRICT COURT**

District of New Mexico
333 Lomas Blvd. NW, Chambers #620
Albuquerque, New Mexico 87102



Chambers of
**ROBERT HAYES SCOTT**
United States Magistrate Judge

(505) 348-2300
Fax: (505) 348-2305

January 10, 2012

Mr. David J. Lopez
Unit 48580
Penitentiary of New Mexico
P.O. Box 1059
Santa Fe, New Mexico 87504-1059

   **Re: *Lopez v. Romero*, Civil No. 11-998 JB/RHS**

Dear Mr. Lopez:

  I have received your Motion to Proceed Pursuant to 28 U.S.C. 1915(b) which has attached a copy of page two of your Inmate Trust Account. Will you please mail me a copy of page one? I have enclosed a self-addressed and stamped envelope to be used for that purpose. Thank you.

Sincerely,

*Robert H. Scott*

Robert Hayes Scott

cc: Court file