IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID J. LOPEZ,

    Plaintiff,

v.                                                                                      No. CV 11-998 JB/RHS

ANTHONY ROMERO, et al.,

    Defendants.

_____

**ORDER GRANTING MOTION TO PROCEED
PURSUANT TO 28 U.S.C. § 1915 (b)**
_____

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 5] filed November 21, 2011.  The Court has considered the motion, additional information about Plaintiff's financial status, and relevant law, and **FINDS** that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 5] is **GRANTED**, and Plaintiff is authorized to proceed in this action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915.

                                                                               _____
                                                                               ROBERT HAYES SCOTT
                                                                               UNITED STATES MAGISTRATE JUDGE