Lopez V. Romero

11CV99

Your honorable Robert
Hayes Scott, enclosed is
the paperwork you
requested. I am presently
waiting for a updated
inmate accounts form
which I will send to
you also, as soon as I
receive it.

Thank you for being
patient in this Matter.

David Lopez

X 18580. 3BX8.

1/10/12

New Mexico Corrections Department
CENTRAL NEW MEXICO CORR. FACILITY

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 04/01/2011    To: 05/13/2011                     Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: INMATE REGULAR SPENDING
Account Balance: 51.16

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| 1574720 | 04/14/2011 | Cash Receipt - BERNALILLO  COUNTY | | 0.16 | 0.16 |
| 1580893 | 04/28/2011 | Cash Receipt - ARMENTA, GLORIA | | 70.00 | 70.16 |
| 1585583 | 05/11/2011 | CNMCF-11-650      RDC - ELECTRONICS | 19.00 | | 51.16 |
| | | Ending Balance | | | 51.16 |

Account: DISCHARGE MONEY
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
ACCOUNT BALANCE.CNMCF-BUSINESS OFFICE

Date 09/19/2011

**New Mexico Corrections Department**
Inmate Trust Accounting
**Account Transaction History**
From 03/01/2011 To 08/31/2011

Page 1 of 1
abete783

| Offender Name | | NMCD # Account Description | | Account Number |
|---|---|---|---|---|
| LOPEZ, DAVID JOSEPH | | 48580 INMATE REGULAR SPENDING | | 2140 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 03/01/2011 | Beginning Balance | | .00 |
| 1574720 | 04/14/2011 | Cash Receipt - BERNALILLO  COUNTY | .16 | .16 |
| 1580893 | 04/28/2011 | Cash Receipt - ARMENTA, GLORIA | 70.00 | 70.16 |
| 1585583 | 05/11/2011 | CNMCF-11-650       RDC - ELECTRONICS | -19.00 | 51.16 |
| 1593556 | 05/17/2011 | Commissary Purchase; Invoice 2 | -17.15 | 34.01 |
| 1594625 | 05/24/2011 | Commissary Purchase; Invoice 2 | .00 | 34.01 |
| 1595783 | 06/02/2011 | Commissary Purchase; Invoice 2 | -9.95 | 24.06 |
| 1596967 | 06/07/2011 | Cash Receipt - ARMENTA, GLORIA | 35.00 | 59.06 |
| 1598112 | 06/08/2011 | CNMCF/ PAYMENT FOR A BROKEN VENT PLUS TIME AND LABOR., | -50.00 | 9.06 |
| 1604753 | 06/14/2011 | Commissary Purchase; Invoice 2 | -8.95 | .11 |
| 1607669 | 06/16/2011 | Cash Receipt - ARMENTA, GLORIA | 30.00 | 30.11 |
| 1608467 | 06/21/2011 | Commissary Purchase; Invoice 2 | .00 | 30.11 |
| 1610293 | 07/05/2011 | Commissary Purchase; Invoice 2 | -12.00 | 18.11 |
| 1612559 | 07/08/2011 | Cash Receipt - ARMENTA, GLORIA | 25.00 | 43.11 |
| 1617260 | 07/12/2011 | Commissary Purchase; Invoice 2 | -16.00 | 27.11 |
| 1621827 | 07/19/2011 | Cash Receipt - ARMENTA, GLORIA | 20.00 | 47.11 |
| 1622121 | 07/20/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1623325 | 07/27/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1624496 | 08/03/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1628645 | 08/11/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1635197 | 08/17/2011 | Cash Receipt - ARMENTA, GLORIA | 30.00 | 77.11 |
| 1636081 | 08/17/2011 | Commissary Purchase; Invoice 3 | -32.88 | 44.23 |
| 1637670 | 08/26/2011 | Commissary Purchase; Invoice 3 | .00 | 44.23 |
| 1638131 | 08/31/2011 | Cash Receipt - ARMENTA, GLORIA | 20.00 | 64.23 |
| 1638284 | 08/31/2011 | Commissary Purchase; Invoice 3 | .00 | 64.23 |
| | 08/31/2011 | Ending Balance | | 64.23 |

Date 08/04/2011

New Mexico Corrections Department
Inmate Trust Accounting
**Account Transaction History**
From 07/01/2011 To 08/04/2011

Page 1 of 1
abete783

| Offender Name | | NMCD # Account Description | | Account Number |
|---|---|---|---|---|
| LOPEZ, DAVID JOSEPH | | 48580 INMATE REGULAR SPENDING | | 2140 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 07/01/2011 | Beginning Balance | | 30.11 |
| 1610293 | 07/05/2011 | Commissary Purchase; Invoice 2 | -12.00 | 18.11 |
| 1612559 | 07/08/2011 | Cash Receipt - ARMENTA, GLORIA | 25.00 | 43.11 |
| 1617260 | 07/12/2011 | Commissary Purchase; Invoice 2 | -16.00 | 27.11 |
| 1621827 | 07/19/2011 | Cash Receipt - ARMENTA, GLORIA | 20.00 | 47.11 |
| 1622121 | 07/20/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1623325 | 07/27/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| 1624496 | 08/03/2011 | Commissary Purchase; Invoice 3 | .00 | 47.11 |
| | 08/04/2011 | Ending Balance | | 47.11 |

New Mexico Corrections Department
CENTRAL NEW MEXICO CORR. FACILITY

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 05/01/2011    To: 06/14/2011                        Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: INMATE REGULAR SPENDING
Account Balance: 9.06

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 70.16 |
| 1585583 | 05/11/2011 | CNMCF-11-650       RDC - ELECTRONICS | 19.00 | | 51.16 |
| 1593556 | 05/17/2011 | Commissary Purchase; Invoice 2 | 17.15 | | 34.01 |
| 1594625 | 05/24/2011 | Commissary Purchase; Invoice 2 | | | 34.01 |
| 1595783 | 06/02/2011 | Commissary Purchase; Invoice 2 | 9.95 | | 24.06 |
| 1596967 | 06/07/2011 | Cash Receipt - ARMENTA, GLORIA | | 35.00 | 59.06 |
| 1598112 | 06/08/2011 | CNMCF/ PAYMENT FOR A BROKEN VENT PLUS | 50.00 | | 9.06 |
| | | Ending Balance | | | 9.06 |

Account: DISCHARGE MONEY
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
ACCOUNT BALANCE AFTER MAY 2011 PAY.CNMCF-BUSINESS OFFICE



Chambers of
ROBERT HAYES SCOTT
United States Magistrate Judge
UNITED STATES DISTRICT COURT
333 Lomas Blvd., NW • Suite 620
Albuquerque, New Mexico 87102

The Honorable Robert Hayes Scott
United States Magistrate Judge
United States District Court
333 Lomas Blvd., NW, Suite 620
Albuquerque, NM 87102

87102$2276 C020