FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 20 2012

MATTHEW J. DYKMAN
CLERK

# FINANCIAL CERTIFICATE
(Post-filing/inmate accounts)

David J. Lopez     A-8580
**INMATE NAME** (*please print*)     **INMATE NUMBER**

U.S. DISTRICT COURT CASE NUMBER CV 11-998 JB/RHS

1. INCOME received by inmate during preceding month: $ 50

2. CURRENT ACCOUNT BALANCE: $.67
   Funds accessible to inmate as of no restriction including amount in savings
   account, in excess of minimum amount that must be maintained: $ n/a

3. Amount forwarded to court under 28 U.S.C. § 1915(b)(2): $ 0
   (20% of preceding month's income, if current balance is over $10.00)

    I hereby certify that as of this date, the above financial information is accurate for the above-named inmate, and that a copy of this certificate is being provided to the above-named inmate.

_____
AUTHORIZED OFFICER

TITLE: Fin Spec.

1-13-2012
DATE

Date 01/13/2012 | New Mexico Corrections Department | Page 1 of 1
Inmate Trust Accounting | abete783

**Account Transaction History**

From 12/01/2011 To 01/13/2012

| Offender Name | | NMCD # Account Description | | Account Number |
|---|---|---|---|---|
| LOPEZ, DAVID JOSEPH | | 48580  INMATE REGULAR SPENDING | | 2140 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 12/01/2011 | Beginning Balance | | 78.05 |
| 1679540 | 12/01/2011 | PNM L5 STORE SALE-PC -ENV | -4.00 | 74.05 |
| 1687892 | 12/14/2011 | Commissary Purchase; Invoice 7 | .00 | 74.05 |
| 1691512 | 12/19/2011 | Cash Receipt - ARMENTA, GLORIA | 50.00 | 124.05 |
| 1691975 | 12/21/2011 | Commissary Purchase; Invoice 1 | -4.86 | 119.19 |
| 1691984 | 12/21/2011 | PNM L5 STORE SALE-PC-ENV-BATT | -17.67 | 101.52 |
| 1693410 | 01/04/2012 | Commissary Purchase; Invoice 3 | -35.37 | 66.15 |
| 1696228 | 01/11/2012 | Commissary Purchase; Invoice 3 | -37.48 | 28.67 |
| 1696679 | 01/11/2012 | PNM L5 STORE SALE-PC-ENV-TKT | -20.00 | 8.67 |
| | 01/13/2012 | Ending Balance | | 8.67 |

Penitentiary of New Mexico
P.O. Box 1059
Santa Fe, New Mexico 87504-1059

Name: [handwritten] No. [handwritten] Unit: [handwritten]

RECEIVED
At Albuquerque NM
JAN 20 2012
MATTHEW J. DYKMAN
CLERK

Honorable Robert H. Scott,
U.S. District Court,
Office of the Clerk,
Suite 270,
333 Lomas Blvd, N.W.
Albuquerque, N.M. 87102

Albuquerque, N.M. 87102

Legal Mail