United States District Court
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB - 6 2012
MATTHEW J. DYKMAN
CLERK

LOPEZ   11-9[??]

v.

ROMERO   MOTION FOR DISCOVERY

Now the plaintiff, David Lopez, asks the defendants for disclosure.

1. All evidence pertaining to charges against the plaintiff A18-A-20-B26-B29.

2. The Urinalysis that was conducted upon entrance to R.D.C. 4/13/11.

3. Confirmation test information form CD-090501.3

4. All grievances and misconduct reports filed against S/O James Chavez.

5. All grievances and misconduct reports filed against Warden Anthony Romero.

Penitentiary of New Mexico
P.O. Box 1059
Santa Fe, New Mexico 87504-1059
Name: David Cordova
CNMCF No. 48580-2405

RECEIVED
At Albuquerque, NM
FEB 06 2012
MATTHEW J. DYKMAN
CLERK

U.S. District Court
333 Lomas Blvd., N.W., Suit 260
Albuquerque, N.M. 87102.

Legal Mail