FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 22 2012

MATTHEW J. DYKMAN
CLERK

# FINANCIAL CERTIFICATE
(Post-filing/inmate accounts)

David J. Lopez        48580
INMATE NAME (*please print*)    INMATE NUMBER

U.S. DISTRICT COURT CASE NUMBER  1:11CV998 JB/RHS

1. INCOME received by inmate during preceding month: $ 0 .

2. CURRENT ACCOUNT BALANCE: 0
   Funds accessible to inmate as of No Restrict, including amount in savings account, in excess of minimum amount that must be maintained: $ N/A .

3. Amount forwarded to court under 28 U.S.C. § 1915(b)(2): $ 0
   (20% of preceding month's income, if current balance is over $10.00)

   I hereby certify that as of this date, the above financial information is accurate for the above-named inmate, and that a copy of this certificate is being provided to the above-named inmate.

_____
AUTHORIZED OFFICER

TITLE: _Fin Spec._

2/17/12
DATE

| Date 02/17/2012 | | New Mexico Corrections Department<br>Inmate Trust Accounting<br>**Account Transaction History**<br>From 01/01/2012 To 02/17/2012 | | Page 1 of 1<br>abete783 |
|---|---|---|---|---|

| Offender Name | | NMCD # Account Description | | Account Number |
|---|---|---|---|---|
| LOPEZ, DAVID JOSEPH | | 48580 INMATE REGULAR SPENDING | | 2140 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
|  | 01/01/2012 | Beginning Balance |  | 101.52 |
| 1693410 | 01/04/2012 | Commissary Purchase; Invoice 3 | -35.37 | 66.15 |
| 1696228 | 01/11/2012 | Commissary Purchase; Invoice 3 | -37.48 | 28.67 |
| 1696679 | 01/11/2012 | PNM L5 STORE SALE-PC-ENV-TKT | -20.00 | 8.67 |
| 1704165 | 01/18/2012 | Commissary Purchase; Invoice 3 | .00 | 8.67 |
| 1705273 | 01/26/2012 | Commissary Purchase; Invoice 3 | .00 | 8.67 |
| 1706177 | 02/01/2012 | Commissary Purchase; Invoice 3 | -8.67 | .00 |
| 1707557 | 02/08/2012 | Commissary Purchase; Invoice 3 | .00 | .00 |
| 1716454 | 02/15/2012 | Commissary Purchase; Invoice 3 | .00 | .00 |
|  | 02/17/2012 | Ending Balance |  | .00 |



Penitentiary of New Mexico
P.O. Box 1059
Santa Fe, New Mexico 87504-1059

Name: David Yepez  No. 45603  Unit 2-B

RECEIVED
At Albuquerque NM
FEB 22 2012
MATTHEW J. DYKMAN
CLERK

U.S. District Court
Office of the Clerk, Suite 260
333 Lomas Blvd. N.W.
Albuquerque, New Mexico 87102

Legal Mail