FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 19 2012

MATTHEW J. DYKMAN
CLERK

## FINANCIAL CERTIFICATE
### (Post-filing/inmate accounts)

__David Lopez__  __48580__
INMATE NAME (*please print*)   INMATE NUMBER

U.S. DISTRICT COURT CASE NUMBER __11-998 JOB/RHS__

1. INCOME received by inmate during preceding month: $ __0__ .

2. CURRENT ACCOUNT BALANCE: __0__
   Funds accessible to inmate as of __no restrictn__ including amount in savings account, in excess of minimum amount that must be maintained: $ __n/a__ .

3. Amount forwarded to court under 28 U.S.C. § 1915(b)(2): $ __0__
   (20% of preceding month's income, if current balance is over $10.00)

   I hereby certify that as of this date, the above financial information is accurate for the above-named inmate, and that a copy of this certificate is being provided to the above-named inmate.

__[signature]__
AUTHORIZED OFFICER

TITLE: __[signature]__

__3/12/12__
DATE

Date 03/12/2012

New Mexico Corrections Department
Inmate Trust Accounting

**Account Transaction History**

From 02/01/2012 To 02/29/2012

Page 1 of 1
abete783

| Offender Name | | | NMCD # Account Description | | Account Number |
|---|---|---|---|---|---|
| LOPEZ, DAVID JOSEPH | | | 48580 INMATE REGULAR SPENDING | | 2140 |
| Transaction ID | Date | Description | | Amount | Balance |
|  | 02/01/2012 | Beginning Balance | |  | 8.67 |
| 1706177 | 02/01/2012 | Commissary Purchase; Invoice 3 | | -8.67 | .00 |
| 1707557 | 02/08/2012 | Commissary Purchase; Invoice 3 | | .00 | .00 |
| 1716454 | 02/15/2012 | Commissary Purchase; Invoice 3 | | .00 | .00 |
| 1718955 | 02/22/2012 | Commissary Purchase; Invoice 3 | | .00 | .00 |
| 1720122 | 02/29/2012 | Commissary Purchase; Invoice 3 | | .00 | .00 |
|  | 02/29/2012 | Ending Balance | |  | .00 |

Penitentiary of New Mexico
P.O. Box 1059
Santa Fe, New Mexico 87504-1059

Name: Danny Lopez No. 48586 · 3A05

Legal Mail

RECEIVED
At Albuquerque NM
MAR 19 2012
MATTHEW J. DYKMAN
CLERK

U.S. District Court
333 Lomas Blvd, N.W., Suite 260
Albuquerque, N.M. 87102