**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DAVID J. LOPEZ,

      Plaintiff

v.                                             CIV-11-0998 JB/RHS

JAMES CHAVEZ and
ANTHONY ROSALES,

      Defendants.

## ENTRY OF APPEARANCE

COMES NOW the Office of General Counsel, New Mexico Corrections Department, and

hereby enters its appearance on behalf of Defendants Chavez and Rosales in the above-entitled

matter.

                                      Respectfully submitted,

                                      OFFICE OF GENERAL COUNSEL
                                      NEW MEXICO CORRECTIONS DEPT.

                                      */s/ Peter A. Robertson*
                                      Peter A. Robertson
                                      Deputy General Counsel
                                      PO Box 27116
                                      Santa Fe, NM  87502-0116
                                      (505) 827-8289
                                      peter.robertson@state.nm.us

Certificate of Service

I hereby certify that on this 21st day of June, 2012, I filed the foregoing electronically

through the CM/ECF system, and the following non-CM/ECF participant was served via first

class mail: plaintiff pro se, Inmate David J. Lopez  No. 48580, LCCF, 6900 W. Millen Dr.,

Hobbs, NM 88244.

                                      */s/ Peter A. Robertson*
                                      Peter A. Robertson