U.S. District Court.

District of New Mexico.

# 11CV998.

David J. Lopez V. % Chavez

and c/o Rosales.

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 JUN 21  PH 2:33

CLERK-ALBUQUERQUE

Notice of a change of
Adress.

TO: Lea County Correctional
Facility.
6900 w. Millen dr.
Hobbs, New Mexico.
88244
6/13/12.

David Gonzales SBO. IE. 103
6900 W. Mallen Dr.
Phoenix AZ. M.
85044

RECEIVED
At Albuquerque NM
JUN 2 1 2012
MATTHEW J. DYKMAN
CLERK

U.S. District Court
Office of the Clerk suite 260
333 Lomas Blvd, NW
Albuquerque, New Mexico 87102