U.S. District Court District of New Mexico.

Lopez V. c/o Chavez

# 11CV998 JB/RHS

Notice of Change of Address.

The Plaintiff David Lopez now resides at, 9504 Clearmont Albuquerque, N.M. 87112.

David Lopez
9/20/12.

David Lopez
504 Chadwick
Alb, N.M.
87112.

RECEIVED
At Albuquerque NM
SEP 24 2012
MATTHEW J. DYKMAN
CLERK

U.S. District Court
Office of the Clerk. 260
333 Lomas Blvd, N.W.
Albuquerque, N.M.
87102