11/06/2012
US POSTAGE
$04.90
ComBasPrice
ZIP 87508
011D11629342

RECEIVED
NOV 13 2012
LEGAL

**STATE OF NEW MEXICO**
*Corrections Department*
Post Office Box 27116
Santa Fe, New Mexico 87502-0116

**LEGAL MAIL**

David Lopez
9504 Clearmont
Albuquerque, NM 87112

LOPE504  871123074-1611       11/09/12
FORWARD TIME EXP RTN TO SEND
LOPEZ'DAVID
9000 ZUNI RD SE UNIT E1
ALBUQUERQUE NM 87123-3146

RETURN TO SENDER