IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID J. LOPEZ,

    Plaintiff,

v.                                               Civil No. 11-cv-998 JB/RHS

JAMES CHAVEZ and
ANTHONY ROSALES,

    DEFENDANTS.

ORDER TO SHOW CAUSE

THIS MATTER comes before the Court *sua sponte*. The record indicates that Defendants filed a Notice (Doc. 22) on November 16, 2012, stating that mailing to Plaintiff has been returned undelivered (Doc. 22-1). Defendants have attempted to ascertain Plaintiff's current address but have been unable to locate Plaintiff (Doc. 22). The Court's file contains no other address for him. Plaintiff was released from custody and advised the Court of his new address on September 24, 2012, (Doc. 20), as required by D.N.M.LR-Civ 83.6. Plaintiff has not filed anything since September 24, 2012 and has therefore severed contact with the Court. Plaintiff's failure to comply with the Court's local rules demonstrates a manifest lack of interest in litigating his claims. *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); *Oklahoma Publishing Co. v. Powell*, No. 78-1856, 1980 WL 6687, at *2 (10th Cir. Mar. 7, 1980). Plaintiff will be required to show cause why his complaint should not be dismissed. Failure to respond may result in dismissal of this action without further notice.

IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this order, Plaintiff file a response with his current address or otherwise show cause why his complaint should not be dismissed.

*/s/ Robert Hayes Scott*
ROBERT HAYS SCOTT
UNITED STATES MAGISTRATE JUDGE