IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID J. LOPEZ,

    Plaintiff,

vs.                      No. CIV 11-0998 JB/RHS

ANTHONY ROMERO, JAMES CHAVEZ, and ANTHONY ROSALES,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** comes before the Court on the Court's Order to Show Cause, filed September 13, 2013 (Doc. 23), which required Plaintiff David Lopez to show cause why the Court should not dismiss his Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed November 9, 2011 (Doc. 1), for Lopez' failure to comply with D.N.M.LR-Civ 83.6. Lopez has not responded to the Order or otherwise shown cause why the Court should not dismiss his Complaint. The Court, therefore, will now enter this Order of Dismissal Without Prejudice.

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed November 9, 2011 (Doc. 1), is hereby dismissed without prejudice and all pending motions are denied as moot.

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

David J. Lopez
Albuquerque, New Mexico

    *Plaintiff pro se*

Peter Andrew Robertson
Office of General Counsel
Santa Fe, New Mexico

    *Attorney for the Defendants*