IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID J. LOPEZ,

    Plaintiff,

vs.                                                                            No. CIV 11-0998 JB/RHS

ANTHONY ROMERO, JAMES
CHAVEZ, and ANTHONY ROSALES,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** having come before the Court on consideration of Plaintiff David J. Lopez's failure to comply with D.N.M.LR-Civ 83.6 and the Court's Order to Show Cause, filed September 13, 2013 (Doc. 23), and the Court having entered an Order of Dismissal Without Prejudice, filed September 30, 2013 (Doc. 24),

**IT IS ORDERED** that final judgment is hereby entered, and this action is dismissed.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

David J. Lopez
Albuquerque, New Mexico

    *Plaintiff pro se*

Peter Andrew Robertson
Office of General Counsel
Santa Fe, New Mexico

    *Attorney for the Defendants*